DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,   )
    Plaintiff,   )
       )
       )   99-CV-10680-RGS
       )
       )
DANIEL M. SCHNEIDER,   )
    Defendant.   )

### ORDER

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, summary judgment is entered in favor of the plaintiff, United States of America, and against the defendant, Daniel M. Schneider, ("Schneider") for the principal amount of $29,364.03; plus $33,252.53 accrued interest at the annual rate of 5 percent; plus costs until paid in full.

*/s/ Richard G. Stearns*
UNITED STATES DISTRICT JUDGE
RICHARD G. STEARNS

Dated: 4-11-00.